# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **HUMBERTO BUSTAMANTE,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **vs.** | **:** | **Civil Action Number:** |
| | **:** | |
| **BRITO PRODUCE CO.,** | **:** | **1:10-CV-02558-JOF** |
| **and JESUS BRITO,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with each party to bear its own respective costs.

This the 21st day of November, 2011.

**SO STIPULATED:**

s/Kevin D. Fitzpatrick, Jr.
Kevin D. Fitzpatrick, Jr.
Georgia Bar No.: 262375
3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
kevinfitzpatrick@dcbflegal.com

s/Charles R. Bridgers
Charles R. Bridgers
Georgia Bar No.:  080791
3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
charlesbridgers@dcbflegal.com
Telephone: (404) 979-3150
Facsimile: (404) 979-3170

ATTORNEYS FOR PLAINTIFF

 s/Albert J. Bolet, III
Albert J. Bolet, III
Georgia Bar No. 065785
GOICO & BOLET, P.C.
2021 North Druid Hills Road, N.E.
Suite 200
Atlanta, Georgia 30329
ab@Goicobolet.com
Telephone: (404) 320-3456
Facsimile: (404) 320-3026

s/George R. Ference
George R. Ference
Georgia Bar No. 065238
BOGART & BOGART, P.C.
6400 Powers Ferry Road
Suite 220
Atlanta, Georgia 30339
GRF@Bogartlaw.com
Telephone: (770) 988-9444
Facsimile: (770) 988-9844

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **HUMBERTO BUSTAMANTE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **Civil Action Number:** |
| | : | |
| **BRITO PRODUCE CO.,** | : | **1:10-CV-02558-JOF** |
| **and JESUS BRITO,** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF COUNSEL

Pursuant to N.D. Ga. R. 7.1, the below signatory attorney certified that this pleading was prepared with times New Roman (14 point), one of the fonts and point selections approved by the Court in local N.D. Ga. R. 5.1 C.

*/s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **HUMBERTO BUSTAMANTE,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **vs.** | **:** | **Civil Action Number:** |
| | **:** | |
| **BRITO PRODUCE CO.,** | **:** | **1:10-CV-02558-JOF** |
| **and JESUS BRITO,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing

STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system,

which will automatically send email notification of such filing to the following

attorney of record:

Albert J. Bolet, III
GOICO & BOLET, P.C.
2021 North Druid Hills Road, N.E.
Suite 200
Atlanta, Georgia 30329

George R. Ference
BOGART & BOGART, P.C.
6400 Powers Ferry Road
Suite 220
Atlanta, Georgia 30339

Respectfully submitted this 21st day of November, 2011.

/s/Kevin D. Fitzpatrick, Jr.

Kevin D. Fitzpatrick, Jr.

3100 Centennial Tower                Ga. Bar No. 262375

101 Marietta Street, N.W.            Counsel for Plaintiff

Atlanta, GA  30303

(404) 979-3150